

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2015

No. 04-15-00122-CR

Carlos Bernard **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8656
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The Appellant's Pro Se Motion for Reconsideration is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2015.

_____
Keith E. Hottle
Clerk of Court